UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

James L. Langone
_____
_____
(Name of the plaintiff or plaintiffs)

v.

Belt Railway Co
_____
_____
(Name of the defendant or defendants)

CIVIL ACTION

08CV3571
JUDGE CONLON
MAGISTRATE JUDGE MASON

FILED
JUN 23 2008 TC
Jun 23. 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is __James L. Langone__ of the county of __Dupage__ in the state of __Illinois__.

3. The defendant is __Belt Railway Co__, whose street address is __6900 S. Central Ave Bedford Park, IL 60638__
(city)_____ (county)_____ (state)_____ (ZIP)_____
(Defendant's telephone number) __(708)- 496 4041__

4. The plaintiff sought employment or was employed by the defendant at (street address) __Same Address Above in par. 3__ (city)_____
(county)_____ (state)_____ (ZIP code)_____

5. The plaintiff [check one box]

   (a) ☐ was denied employment by the defendant.

   (b) ☐ was hired and is still employed by the defendant.

   (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) 10, (day) 21, (year) 2005.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

　　(a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ has not ☒ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

　　(i) ☐ the United States Equal Employment Opportunity Commission, on or about (month) 11 (day) 27 (year) 05.

　　(ii) ☐ the Illinois Department of Human Rights, on or about (month) 11 (day) 27 (year) 05.

(b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES. ☐ NO, but plaintiff will file a copy of the charge within 14 days.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2　The defendant is a federal governmental agency, and
　　(a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

　　　☐ Yes (month)_____ (day)_____ (year)_____
　　　☐ No, did not file Complaint of Employment Discrimination

　2. The plaintiff received a Final Agency Decision on (month)_____ (day)_____ (year)_____.

　c. Attached is a copy of the

　　　a. Complaint of Employment Discrimination,
　　　　☐ YES　☐ NO, but a copy will be filed within 14 days.

　　　(ii) Final Agency Decision

　　　　☐ YES　☐ NO, but a copy will be filed within 14 days.

8.  *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

    (a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

    (b) ☐ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month)_____ (day)_____ (year)_____ a copy of which *Notice* is attached to this complaint.

9.  The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

    (a) ☐ Age (Age Discrimination Employment Act).
    (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
    (c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)
    (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
    (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
    (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)
    (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

    (a) ☐ failed to hire the plaintiff.
    (b) ☒ terminated the plaintiff's employment.
    (c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): _Refer to Attached Charge Incorporated by Reference_

13. The facts supporting the plaintiff's claim of discrimination are as follows:

_Refer to Attached Charge Incorporated by Reference_

14. [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ YES   ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) [X]  Direct the defendant to (specify): _Re imburce Plointiff_
_for any Lost Wages, pain + Suffering damage_
_, etc_
_No Reinstatement Requested_

(g) [X]  If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) [X]  Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)
_[signature]_

(Plaintiff's name)
_James Longone_

(Plaintiff's street address)
_P.O. Box 305  Hinsdale IL 60522_

(City)_____ (State)_____ (ZIP)_____

(Plaintiff's telephone number) (___) - _____

Date: X  6-23-08
          6-14-08

EEOC Form 161 (3/98)          U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION                    *James L P Nagone*

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Rafael Molinary, Esq.<br>Law Offices Of Rafael Molinary<br>Attorney at Law<br>3930 North Pine Grove ave, Suite 715<br>Chicago, IL 60613-5503 | From: | Equal Employment Opportunity Commission<br>Chicago District Office<br>500 West Madison Street<br>Suite 2800<br>Chicago, Illinois 60661-2511 |
|---|---|---|---|

[ ]  On behalf of person(s) aggrieved whose identity is
     CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2006-01084 | Nola Smith, State & Local Coordinator | (312) 886-5973 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ]  Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ]  While reasonable efforts were made to locate you, we were not able to do so.

[ ]  You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ]  The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*John P. Rowe*
_____
John P. Rowe, District Director

APR 15 2008

Enclosure(s)                                                                                       (Date Mailed)
                                                                                                April 16, 2008
                                                                                                Recd RM

cc:   **BELT RAILWAY COMPANY**

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy act statement before Completing this form. | [X] FEPA [X] EEOC | 2006CF2104 |

**Illinois Department of Human Rights** and EEOC
*State or local Agency, if any*

NAME (Indicate Mr., Ms., Mrs.): MR. JAMES L. LANGONE
HOME TELEPHONE (Include Area Code): 1630 434 7814
STREET ADDRESS: 7027 Sierra Dr.
CITY, STATE AND ZIP CODE: Darien IL 60561
DATE OF BIRTH: 12/4/48

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME

NAME: Belt Railway Co.
NUMBER OF EMPLOYEES, MEMBERS: 15+
TELEPHONE: 708 496 4041
STREET ADDRESS: 6900 S. Central Ave
CITY, STATE AND ZIP CODE: Bedford Park, IL 60638
COUNTY: Cook

CAUSE OF DISCRIMINATION BASED ON:
[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [X] DISABILITY - A Hearing Dysfunction  [ ] OTHER
[ ] CONTINUING ACTION

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA):
LATEST (ALL): 10/21/05

THE PARTICULARS ARE:

Attached Narrative Incorporated By Reference

[X] I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone Number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

"OFFICIAL SEAL"
HARLAN J. SMOLIN
Notary Public, State of Illinois
My Commission Expires May 9, 2006

NOTARY

SIGNATURE OF COMPLAINANT
X James L. Langone
DATE: 10/24/05

EEOC FORM 5 (5/98)

I.

### A: ISSUE/BASIS

1. Complainant contends that Respondent management has knowingly allowed his coworkers to subject him on-going harassment, i.e., different treatment because of his physical handicap, a hearing dysfunction condition, in violation of the Illinois Human Rights Act and the Americans with Disabilities Act.

### B. PRIMA FACIE CASE

1. Complainant contends that he has been working at Respondent since March 1974; and during the time of the underlying events described herein he was working in the train yard doing "switchman" type work;

2. Complainant has a medical condition, a significant and long term "hear impairment/condition" which results in his inability to hear sounds and voices at a level which is normal for his similarly situated coworkers;

3. Complainant's disability is known to Respondent management and coworkers and such disability is a "qualified disability" under the Illinois Human Rights Act and the Americans with Disabilities Act;

4. Complainant states that this disability does **not** prevent him from adequately performing his assigned job duties at Respondent;

5. Complainant contends that Respondent management allows, and thereby encourages his coworkers to subject him to on-going harassment because of his hearing impairment;

6. Complainant contends that many of these coworkers openly and notoriously subject him to on-going harassment by:

* setting up situations when one of them will intentionally blow a train horn within three feet of Complainant so as to intentionally hurt his ears and make them bleed;

* setting up situations whereby said coworkers are making him appear to not be performing his assigned job duties;

* setting up situations where management and staff are calling his name over the company loud speaker system;

7. Complainant contends that management has allowed his coworkers to continue on in this harassment with the intention of subjecting him to a "constructive discharge" all because of his physical disability, a long term and substantial hearing impairment in violation of the Illinois Human Rights Act and the Americans with Disabilities Act.

8. Complainant prays for all the relief to which his is entitled including monies for the on-going continuing harassment, injunctive relief ordering Respondent management to stop the on-going harassment of Complainant by coworkers; and, the deletion from his personnel file any record of this charge and the results therefrom; Complainant understands that any subsequent employer retaliation against him for having filed this civil rights charge is an **additional civil rights violation**, i.e., unlawful retaliation which is actionable in your agency and at EEOC.