

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** JAMES L. LANGONE
(Please print)

**STREET ADDRESS:** P.O. BOX 305

**CITY/STATE/ZIP:** HINSDALE IL, 60522

**PHONE NUMBER:** 630-359-1853

**CASE NUMBER:** 08CV3571
JUDGE CONLON
MAGISTRATE JUDGE MASON

_James L. Langone_
Signature

6-23-08
Date

**FILED**

JUN 2 3 2008  TC
Jun 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT