

**FILED**

JUN 2 3 2008 TC
Jun 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

James L. Langone
_____
Plaintiff

v.

Belt Railway Co
_____
Defendant(s)

08CV3571
JUDGE CONLON
MAGISTRATE JUDGE MASON

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, **James L. Langone**, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?　　☐Yes　☒No　(If "No," go to Question 2)
I.D. #_____　Name of prison or jail:_____
Do you receive any payment from the institution? ☐Yes ☐No　Monthly amount:_____

2. Are you currently employed?　　☐Yes　☒No
Monthly salary or wages:_____
Name and address of employer:_____

   a. If the answer is "No":
   Date of last employment: **April 07**
   Monthly salary or wages: **1,500 pr wk**
   Name and address of last employer: **Belt Railway Co　6900 S. Central Ave　Bedford Park, IL 60638**

   b. Are you married?　　☐Yes　☒No
   Spouse's monthly salary or wages:_____
   Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages　　　　　　　　　　　　　☐Yes　☒No
   Amount_____　Received by_____

   b. ☐ Business, ☐ profession or ☐ other self-employment　☐Yes　☒No
   Amount_____　Received by_____

c.  ☐ Rent payments, ☒ interest or ☐ dividends                          ☐Yes    ☐No
Amount_____ Received by_____

d.  ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☒ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                        ☐Yes    ☐No
Amount $2,900 ¢ per month  Received by PLAINTIFF

e.  ☐ Gifts or ☐ inheritances                                           ☐Yes    ☒No
Amount_____ Received by_____

f.  ☐Any other sources (state source:_____)            ☐Yes    ☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?  ☒Yes  ☐No  Total amount:_____
   In whose name held: PLAINTIFF  Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?                          ☐Yes    ☒No
   Property:_____ Current Value:_____
   In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?  ☒Yes
   Address of property: 5628 S. GARfield Hinsdale IL
   Type of property: home  Current value: 650,000 ¢ current value
   In whose name held: PLAINTIFF  Relationship to you:_____
   Amount of monthly mortgage or loan payments: NONE  Inherited
   Name of person making payments: NO payments

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                                        ☐Yes    ☐No
   Property: 93 Transport Pontiac  97 GMC
   Current value: $1,200 ¢
   In whose name held: PLAINTIFF  Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents
   _____ NO _____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 6-14-08

Signature of Applicant

JAMES L LANGONE
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.#_____, has the sum of $_____ on account to his/her credit at (name of institution)_____.
I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $_____.
(Add all deposits from all sources and then divide by number of months).

_____          _____
DATE                     SIGNATURE OF AUTHORIZED OFFICER

                         _____
                         (Print name)

rev. 7/18/02