# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3571 | **DATE** | 6/26/2008 |
| **CASE TITLE** | JAMES L. LANGONE vs. BELT RAILWAY CO. | | |

**DOCKET ENTRY TEXT**

Plaintiff's application to proceed in forma pauperis is denied. His motion for appointment of counsel is denied without prejudice. Plaintiff shall promptly serve defendant with summons and a copy of the complaint. The parties shall comply with the mandatory disclosure requirements of FRCP 26(a)(1) by August 7, 2008. Discovery cutoff and filing of dispositive motions with supporting memoranda are set on December 23, 2008. Submission of the joint final pretrial order and agreed pattern jury instructions is set on January 13, 2009 at 9:00 a.m.; plaintiff shall submit draft to defendant by January 6, 2009. The case is placed on the February trial calendar. Pro se litigants may seek assistance through the District Court self-help assistance program by making an appointment at the Clerk's Office Intake Desk on the 20th floor or by calling 312-435-5691.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|