**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>James Langone v. The Belt Railway Company of Chicago | Case Number: 08 CV 3571 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The Belt Railway Company of Chicago

| |
|---|
| NAME (Type or print)<br>Mary Louise Kandyba |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>  s/ Mary Louise Kandyba |
| FIRM<br>Daley Mohan Groble PC |
| STREET ADDRESS<br>55 West Monroe Street, Suite 1600 |
| CITY/STATE/ZIP<br>Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06180752 | TELEPHONE NUMBER<br>312-422-9999 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐