THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES L. LANGONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 cv 03571 |
| | ) | |
| THE BELT RAILWAY COMPANY OF CHICAGO, | ) | Hon. Suzanne B. Conlon |
| | ) | |
| | ) | |
| Defendant. | ) | |

## THE BELT'S MOTION TO EXTEND DEADLINE FOR RULE 26(a)(1) DISCLOSURES

NOW COMES the Defendant, The Belt Railway Company of Chicago ("the Belt"), by and through its attorneys, Daley Mohan Groble P.C., and moves this Court to extend the deadline for Rule 26(a)(1) disclosures to September 15, 2008. In support, the Defendant state the following:

1. Pursuant to Federal Rule of Civil Procedure 4(d)(3), the Belt waived service of summons. The Belt's answer is due on August 25, 2008.

2. This Court's minute order of June 26, 2008 states: "The parties shall comply with the mandatory disclosure requirements of FRCP 26(a)(1) by August 7, 2008."

3. The Belt would like an opportunity to develop its defenses and answer the Complaint *before* making its Rule 26(a)(1) to the Plaintiff. To do otherwise, would likely prejudice the Belt.

4. The Belt respectfully requests that the Court extend the deadline for Rule 26(a)(1) disclosures to September 15, 2008. This extension will enable the Belt to provide meaningful Rule 26(a)(1) disclosures after it answers the Complaint.

WHEREFORE, the Belt moves this Court to extend the deadline for Rule 26(a)(1) disclosures to September 15, 2008, or grant any other just and appropriate relief.

                                                     Respectfully submitted,

                                                     THE BELT RAILWAY COMPANY OF CHICAGO

By:    /s/ William J. McFadden
          William J. McFadden
          Daley Mohan Groble, P.C.
          55 West Monroe, Suite 1600
          Chicago, Illinois 60603
          Telephone: (312) 422-9999
          Facsimile:  (312) 422-5370
          Attorney No. 6276661

## CERTIFICATE OF SERVICE

    I, William J. McFadden, an attorney, state that before 5:00 p.m. on July 25, 2008, I served a copy of the foregoing **THE BELT'S MOTION TO EXTEND DEADLINE FOR RULE 26(a)(1) DISCLOSURES** upon the following individual of record via the Court's CM/ECF filing system and by U.S. Mail by depositing the same in the U.S. Post Office box located at 55 West Monroe, Chicago, Illinois:

    James L. Langone
    Pro Se Plaintiff
    P.O. Box 305
    Hinsdale, Illinois 60522

        By:    /s/ William J. McFadden
                  William J. McFadden
                  Daley Mohan Groble, P.C.
                  55 West Monroe, Suite 1600
                  Chicago, Illinois 60603
                  Telephone: (312) 422-9999
                  Facsimile: (312) 422-5370
                  Attorney No. 6276661