THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES L. LANGONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 cv 03571 |
| | ) | |
| THE BELT RAILWAY COMPANY OF CHICAGO, | ) | Hon. Suzanne B. Conlon |
| | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

To:   James L. Langone
       Pro Se Plaintiff
       P.O. Box 305
       Hinsdale, Illinois 60522

PLEASE TAKE NOTICE that on **July 31, 2008** at **9:00 a.m.**, the undersigned attorney shall appear before the Honorable Suzanne B. Conlon in Room 1743 of the United States District Court for the Northern District of Illinois, Eastern Division, and present **THE BELT'S MOTION TO EXTEND DEADLINE FOR RULE 26(a)(1) DISCLOSURES**.

    Respectfully submitted,

    THE BELT RAILWAY COMPANY OF CHICAGO

By:   /s/ William J. McFadden
       William J. McFadden
       Daley Mohan Groble, P.C.
       55 West Monroe, Suite 1600
       Chicago, Illinois 60603
       Telephone: (312) 422-9999
       Facsimile:  (312) 422-5370
       Attorney No. 6276661

1

## **CERTIFICATE OF SERVICE**

      I, William J. McFadden, an attorney, state that before 5:00 p.m. on July 25, 2008, I served a copy of the foregoing **NOTICE OF MOTION** upon the following individual of record via the Court's CM/ECF filing system and by U.S. Mail by depositing the same in the U.S. Post Office box located at 55 West Monroe, Chicago, Illinois:

    James L. Langone
    Pro Se Plaintiff
    P.O. Box 305
    Hinsdale, Illinois 60522

                          By:    /s/ William J. McFadden
                                   William J. McFadden
                                   Daley Mohan Groble, P.C.
                                   55 West Monroe, Suite 1600
                                   Chicago, Illinois 60603
                                   Telephone: (312) 422-9999
                                   Facsimile:  (312) 422-5370
                                   Attorney No. 6276661