## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3571 | **DATE** | 7/31/08 |
| **CASE TITLE** | JAMES L. LANGONE vs. THE BELT RAILWAY COMPANY OF CHICAGO | | |

DOCKET ENTRY TEXT

Defendant's motion to extend deadline for Rule 26(a)(1) disclosures [12] is granted in part. Compliance with Rule 26(a)(1) is extended from August 6, 2008 to August 25, 2008. ALL OTHER PREVIOUSLY SET DATES STAND.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|