**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of :                                           Case Number:   08 C 3571

James L. Langone

v.

The Belt Railway Company of Chicago

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

James L. Langone

| | |
|---|---|
| NAME<br>Rafael Molinary | |
| SIGNATURE<br>      s/ Rafael Molinary | |
| FIRM<br>      Rafael Molinary, Esq., PC | |
| STREET ADDRESS    3930 N. Pine Grove Ave., Suite 715 | |
| CITY/STATE/ZIP    Chicago, Illinois  60613 | |
| ID NUMBER   #3127501 | TELEPHONE  NUMBER   1-773-477-2352 or 1-590-2352 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  "Y" | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  "Y" | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  "Y" | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  "Y" | |

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL          APPOINTED COUNSEL